UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TELLIS WILLIAMS | ) | |
| | ) | |
| v. | ) | No. 3:10-01176 |
| | ) | JUDGE CAMPBELL |
| UNITED STATES OF AMERICA | ) | |

ORDER

As stated on the record after the conclusion of the hearing in this case, the Petitioner shall file a post-hearing brief on the issue of trial counsel's alleged failure to file a notice of appeal, and the appropriate remedy, within 10 days after the transcript of the hearing becomes available. The Government shall file a response within 10 days after the Petitioner's brief is filed, and the Petitioner may file a reply brief within five days after the response is filed. Once the notice of appeal issue is ruled upon, the Court will set further briefing as necessary.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE