UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TELLIS WILLIAMS )
)
v. )            No.  3:10-1176
)            JUDGE CAMPBELL
UNITED STATES OF AMERICA )

ORDER

Pending before the Court is a Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or

Correct Sentence By A Person In Federal Custody (Docket No. 1), filed by the

Movant/Petitioner (hereinafter "Petitioner"), pro se.  The Court set an evidentiary hearing to

consider Petitioner's claim that trial counsel was ineffective for failing to file an appeal in the

underlying criminal case, and appointed counsel for the Petitioner. (Docket No. 12).  The

Government has filed a Response (Docket No. 18), along with an affidavit of trial counsel, and

other exhibits. (Docket Nos. 18-1, 18-2, 18-3).

The Court held an evidentiary hearing on June 4 and 6, 2012. (Docket Nos. 29, 30). The

parties filed post-hearing briefs on the issue of trial counsel's alleged failure to file a notice of

appeal, and the appropriate remedy for the alleged failure. (Docket Nos. 31, 34).

For the reasons set forth in the accompanying Memorandum, the Court concludes that the

Petitioner is entitled to a delayed appeal.  The Court vacates its Judgment In A Criminal Case,

filed in Case No. 3:09-00090 (Docket Nos. 109, 110), and reenters the Judgment as of the date of

entry of this Order. The Judgment otherwise remains unchanged. The Petitioner is advised that

he has a right to appeal the re-imposed sentence, and that the time for filing a notice of appeal

from the reimposed sentence is 14 days, pursuant to Federal Rule of Appellate Procedure

4(b)(1)(A)(i).  See, e.g., Rosinski v. United States, 459 F.2d 59 (6th Cir. 1972); Johnson v. United States, 146 Fed. Appx. 4, 2005 WL 1506050, at ** 2 (6th Cir. June 27, 2005); United States v. Polson, 343 Fed. Appx. 88, 2009 WL 2568096, at ** 4 n. 1 (6th Cir. Aug. 21, 2009).  Petitioner's current counsel, Michael E. Terry, shall represent the Petitioner on appeal.

The Clerk of Court is directed to file a copy of this Memorandum and Order in Criminal Case No. 3:09-00090.

It is so ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE