UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TELLIS WILLIAMS | ) | |
| | ) | |
| v. | ) | No. 3:10-1176 |
| | ) | JUDGE CAMPBELL |
| UNITED STATES OF AMERICA | ) | |

ORDER

Pending before the Court are certain claims raised by Petitioner in a Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody (Docket No. 1), along with supplemental materials filed by the Petitioner in support of the Motion, and the Government's filings in opposition.

Based on the record of Petitioner's underlying conviction, and the entire record in this case, and for the reasons set forth in the accompanying Memorandum, the Court concludes that Petitioner's Motion To Vacate is DENIED, and this action is DISMISSED.

This Order shall constitute the judgment in this case pursuant to Fed. R. Civ. P. 58.

Should the Petitioner give timely notice of an appeal from this Memorandum and Order, such notice shall be treated as a application for a certificate of appealability, 28 U.S.C. 2253(c), which will not issue because the Petitioner has failed to make a substantial showing of the denial of a constitutional right. Castro v. United States, 310 F.3d 900 (6th Cir. 2002).

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE